# United States District Court
## District of New Mexico

## Document Verification

**Case Title:** Williams v. USA
**Case Number:** 06cv00009
**Office:** CR-01-1335 JP

### Document Information

**Number:** 19

**Description:** JUDGMENT: by Senior Judge James A. Parker entered in favor of respondent USA dismissing case w/prejudice (cc: all counsel*)

**Size:** 1 page (8k)

**Date Received:** 10/19/2006 10:37:00 AM   **Date Filed:** 10/19/2006   **Date Entered On Docket:** 10/19/2006

### Court Digital Signature   View History

82 f4 72 f2 41 c7 90 c5 73 cc 2b a3 c2 57 8b b0 a8 14 7b 7b e7 1f 46 5a 01 2d ef 3d 8e d2 c1 d1 26
d3 97 bc 6b 83 74 f1 23 48 e5 cb fd ef a6 c3 7b ea 6f 10 67 8f a9 1c 9c 24 06 7c a2 73 80 f1 dc f9 a2
08 b3 0c ca 7a 47 9a 72 7f a4 07 53 bb 60 67 bc b8 bb 0a 09 06 67 10 46 a7 2e 09 23 8d 21 3f d2 b1
cc 8b 7e 48 6c 81 2d f9 08 e6 6d d0 05 4d 16 b1 9a 16 78 df f8 a6 47 5a 50 3c 20 7b

### Filer Information

**Submitted By:** Debbie MacDonald

**Comments:** JUDGMENT by Senior Judge James A. Parker dismissing this case with prejudice.

**Digital Signature:** The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

**Verification:** This form is verification of the status of the document identified above as of Wednesday, November 8, 2006. If this form is attached to the document identified above, it serves as an endorsed copy of the document.

**Note:** Any date shown above is current as of the date of this verification. Users are urged to review the official court docket for a specific event to confirm information, such as entered on docket date for purposes of appeal. Any element of information on this form, except for the digital signature and the received date, is subject to change as changes may be entered on the Court's official docket.

114

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

vs.                                      Case No. CV 06-009 JP/RLP
                                             CR 01-1335 JP

LAMAR ANTWAUN WILLIAMS,

    Defendant/Movant.

## **JUDGMENT**

Contemporaneously with the filing of this Judgment the Court has entered an Order adopting the Magistrate Judge's Report and Recommendation (Doc. No. 16), making additional findings of fact, and denying Defendant's Motion and Incorporated Memorandum of Law in Support of Petition to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody Pursuant to Title 28 U.S.C. § 2255 (Doc. No. 3). Therefore,

Judgment is entered in favor of Plaintiff/Respondent United States of America on Defendant/Movant's claims set forth in his Motion and Incorporated Memorandum of Law in Support of Petition to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody Pursuant to Title 28 U.S.C. § 2255 (Doc. No. 3), and this case is dismissed with prejudice.

                                                         _____
                                                         SENIOR UNITED STATES DISTRICT JUDGE